UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Trevor G. Graham,<br><br>    Plaintiff,<br><br>v.<br><br>Aaron B. Anderson, et al.,<br><br>    Defendants. | CASE NO.: 5:23-CV-00030-D |

## ORDER TO STAY DISCOVERY

**THIS MATTER IS BEFORE THE COURT** on Mortgage Electronic Registration Systems, Inc.'s ("MERS") Motion to Stay Discovery. Having carefully considered the motion, the record, and applicable authority, the undersigned grants the motion.

**WHEREFORE IT IS ORDERED** that MERS's Motion to Stay Discovery is **GRANTED**, and it is further **ORDERED** that all discovery shall be stayed, and the parties shall have no obligation to respond to discovery requests, pending the parties' Rule 26(f) conference and this Court's ruling on MERS's Motion to Dismiss.

SO ORDERED. This the __30__ day of April, 2023.

                                                        JAMES C. DEVER III
                                                       United States District Judge