UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TREVOR G. GRAHAM,                          )
                                           )
                        Plaintiff,         )
                                           )   **JUDGMENT IN A CIVIL CASE**
v.                                         )   **CASE NO. 5:23-CV-30-D-RN**
                                           )
                                           )
AARON B. ANDERSON, BROCK                   )
AND SCOTT PLLC, CLOSELINE                  )
SETTLEMENT, and MORTGAGE                   )
ELECTRONIC REGISTRATION                    )
SYSTEMS, INC.,                             )
                                           )
                        Defendants.        )

**Decision by Court.**


**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants'
motions to dismiss [D.E. 16, 30, 35] and DISMISSES WITHOUT PREJUDICE plaintiff's
complaint [D.E. 1].


**This Judgment Filed and Entered on June 8, 2023, and Copies To:**

Trevor G. Graham          (via US Mail to PO Box 98503, Raleigh, NC 27615)

Alan Marc Presel          (via CM/ECF electronic notification)

Walter L. Tippett, Jr.    (via CM/ECF electronic notification)

William A Robertson       (via CM/ECF electronic notification)

George Benjamin Milam     (via CM/ECF electronic notification)

Rachel M. LaBruyere       (via CM/ECF electronic notification)


DATE: June 8, 2023                    PETER A. MOORE, JR., CLERK


                                      (By)   /s/ Stephanie Mann
                                      Deputy Clerk